No. 94–735. ROCKWOOD *v.* O'CONNELL ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–741. HILDEBRAND ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 94–743. ASSOCIATION FOR RETARDED CITIZENS OF CONNECTICUT, INC., ET AL. *v.* THORNE ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–747. HUBER *v.* DANNING, TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 94–756. LONG ISLAND RAILROAD CO. *v.* MARCHICA. C. A. 2d Cir. Certiorari denied.

No. 94–757. RICCHIO ET AL. *v.* POESNECKER ET AL. Commw. Ct. Pa. Certiorari denied.

No. 94–759. JOB *v.* WELLS FARGO NATIONAL BANK, N. A. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 94–762. HININGER *v.* CAN-AM INDUSTRIES, INC. C. A. 5th Cir. Certiorari denied.

No. 94–763. FIRST NATIONWIDE BANK *v.* GELT FUNDING CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–764. GOLDGAR *v.* OFFICE OF ADMINISTRATION, EXECUTIVE OFFICE OF THE PRESIDENT. C. A. 5th Cir. Certiorari denied.

No. 94–765. GOODMAN HOLDINGS ET AL. *v.* RAFIDAIN BANK. C. A. D. C. Cir. Certiorari denied.

No. 94–769. BELL *v.* LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–772. WATSON *v.* THOMAS. Ct. Civ. App. Ala. Certiorari denied.